# IN THE SUPREME COURT OF THE STATE OF NEVADA

SOUTHERN HILLS MEDICAL CENTER, LLC, D/B/A SOUTHERN HILLS HOSPITAL & MEDICAL CENTER, Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE LINDA MARIE BELL, DISTRICT JUDGE, Respondents,

and

MARIA AMES, AS INDIVIDUAL HEIR OF CHARO CARLIN-GONZALEZ; AND RENEE CHATMAN, AS SPECIAL ADMINISTRATRIX OF THE ESTATE OF CHARO CARLIN-GONZALEZ, Real Parties in Interest.

No. 73661

FILED

OCT 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This original petition for a writ of mandamus or prohibition challenges a district court order adopting a discovery commissioner's report and recommendation regarding production of documents for *in camera* review.

Having considered the petition and supporting documents, we are not persuaded that writ relief is warranted. NRS 34.160; NRS 34.320; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court,* 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court,* 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court,* 107 Nev. 674, 677, 818 P.2d 849, 851 (1991); *see Club Vista Fin. Servs., LLC v. Eighth Judicial Dist. Court,* 128 Nev. 224, 228, 276 P.3d 246, 249 (2012)

SUPREME COURT
OF
NEVADA

(O) 1947A

17-35042

("Discovery matters are within the district court's sound discretion, and [this court] will not disturb a district court's ruling regarding discovery unless the court has clearly abused its discretion."). As petitioner has not demonstrated that the district court "clearly abused its discretion" in approving the recommendation for *in camera* review of certain documents to determine whether the documents are privileged, *Club Vista*, 276 P.3d at 249, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:     Hon. Linda Marie Bell, District Judge
        Hall Prangle & Schoonveld, LLC/Las Vegas
        The Gage Law Firm, PLLC
        Eighth District Court Clerk